**Sammie STROMAN, Plaintiff—Appellant,**

**v.**

**Richard C. BEARDEN, Medical Doctor at Tyger River Correctional Institution; Donna Smalley, Nurse at Tyger River Correctional Institution; Tim Riley, Warden of Tyger River Correctional Institution; Barney Lloyd, Associate Warden of Tyger River Correctional Institution; J.C. Counts, Associate Warden of Tyger River Correctional Institution; Jane Doe, X–Ray Technician at Kirkland Correctional Institution Infirmary, also known as Ms. Regina, Defendants—Appellees.**

No. 07–7752.

United States Court of Appeals,
Fourth Circuit.

Submitted: March 21, 2008.

Decided: April 11, 2008.

Sammie Stroman, Appellant Pro Se. Christopher R. Antley, Devlin & Parkinson, PA, Greenville, South Carolina, for Appellees.

Before WILKINSON, NIEMEYER, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sammie Stroman appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stroman v. Bearden,* No. 9:06–cv–02055–PMD, 2007 WL 2973516 (D.S.C. Oct. 9, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*